HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBYN MITTON, | CASE NO. 3:22-CV-05177-DGE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST ALL DEFENDANTS** |
| JEFFERSON COUNTY; EAST JEFFERSON FIRE RESCUE; PATRICK NICHOLSON JR.; and DOES I-X, | |
| Defendants. | |

## STIPULATION

Plaintiff Robyn Mitton, by and through her attorney Darryl Parker, and Defendants East Jefferson Fire Rescue, and Patrick Nicholson Jr., by and through their attorneys, stipulate that the

---

**STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST ALL DEFENDANTS-** 1
CASE NO. 3:22-CV-05177-DGE

**Civil Rights Justice Center, PLLC**
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

above matter will be voluntarily dismissed, as to all claims made against all Defendants, with

prejudice and without costs or fees to any party.

DATED this 25th day of August, 2022.

CIVIL RIGHTS JUSTICE CENTER, PLLC

*/s/ Darryl Parker*
**Darryl Parker**, WSBA #30770
*Attorney for Plaintiff*

FORSBERG & UMLAUF, P.S.

*/s/ Mark Dietzler*
**Mark Dietzler**, WSBA #20765
*Attorney for Defendant Patrick Nicholson, Jr.*

BULLIVANT HOUSER BAILEY, P.C.

*/s/ Thomas C. Stratton*
**Thomas C. Stratton**, WSBA #14545
*Attorney for Defendants East Jefferson Fire Rescue*

**STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST ALL DEFENDANTS- 2**
CASE NO. 3:22-CV-05177-DGE

**Civil Rights Justice Center, PLLC**
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

## ORDER

**THIS MATTER** having come on before the undersigned judge of the above-entitled court, based on the foregoing stipulation, now, therefore,

**IT IS HEREBY ORDERED** that Plaintiff's complaint against Defendants is dismissed with prejudice and without costs or fees to any party.

DATED this ____th day of August, 2022.


_____
HONORABLE JOHN C. COUGHENOUR

STIPULATION AND ORDER OF DISMISSAL OF
ALL CLAIMS AGAINST ALL DEFENDANTS- 3
CASE NO. 3:22-CV-05177-DGE

Civil Rights Justice Center, PLLC
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183