UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBYN MITTON,<br><br>                    Plaintiff,<br>     v.<br><br>JEFFERSON COUNTY; EAST JEFFERSON FIRE RESCUE; PATRICK NICHOLSON JR.; and DOES I-X,<br><br>                    Defendants. | CASE NO. C22-05177-DGE<br><br>STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST ALL DEFENDANTS |

## **STIPULATION**

Plaintiff Robyn Mitton, by and through her attorney Darryl Parker, and Defendants East Jefferson Fire Rescue, and Patrick Nicholson Jr., by and through their attorneys, stipulate that the above matter will be voluntarily dismissed, as to all claims made against all Defendants, with prejudice and without costs or fees to any party.

Dated this 30th day of August 2022.

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST ALL DEFENDANTS - 1

1
2
3       David G. Estudillo
        United States District Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST ALL DEFENDANTS - 2